Michael J. Sexton, State Bar No. 153435
Leila Narvid, State Bar No. 229402
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
E-Mail: mjs@paynefears.com
E-Mail: ln@paynefears.com

Attorneys for Defendant
EMPIRE TODAY, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN QUINONEZ, on behalf of himself and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE TODAY LLC, CA WEST FLOORING INC., AND DOES 1-10<br><br>Defendants. | CASE NO. CV10-02049JL<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGAMENT CONFERENCE CURRENTLY SCHEDULED FOR AUGUST 25, 2010<br><br>Complaint filed: April 12, 2010<br>Trial Date: None set |

## STIPULATION AND REQUEST

This Stipulation is entered into by and between Plaintiff German Quinonez ("Plaintiff"), on the one hand, and Empire Today, LLC ("Defendant") on the other hand, through their respective attorneys of record.

WHEREAS the Court has set the Initial Case Management Conference in this matter for August 25, 2010 at 10:30 a.m.;

1 WHEREAS the Defendant's attorneys of record are unavailable and unable to attend the Initial Case Management Conference on August 25, 2010 at 10:30 a.m.;

WHEREAS the parties' attorneys of record are all available on Wednesday, September 1, 2010 at 10:30 a.m.;

WHEREAS the parties have stipulated to this continuance not to cause delay or frustrate the Court's calendar, but have done so pursuant to good cause so that they can meaningfully participate in the Initial Case Management Conference.

THEREFORE, the parties hereby STIPULATE as follows:

1. The Initial Case Management Conference shall be continued until September 1, 2010 at 10:30 a.m., or such other date thereafter that is convenient for the Court, and respectfully request that the Court enter an order on this Stipulation.

DATED: June 25, 2010       PAYNE & FEARS LLP

By: _____
MICHAEL J. SEXTON
LEILA NARVID

Attorneys for Defendant Empire Today, LLC

DATED: June 26, 2010       LAW OFFICES OF DANIEL BERKO

By: _____
DANIEL BERKO

Attorneys for Plaintiff GERMAN QUINONEZ

DATED: June 25, 2010       LAW OFFICES OF ADAM WANG

By: _____
Adam Wang
ADAM WANG

Attorneys for Plaintiff GERMAN QUINONEZ

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CMC

## ORDER

On reading the parties' Stipulation and good cause appearing, the Initial Case Management Conference currently scheduled for August 25, 2010 is hereby continued to September 1, 2010 (September 1, 2010) at 10:30 a.m. in this Department.

IT IS SO ORDERED.

DATED: July 23, 2010

By: /s/ James Larson
MAGISTRATE JUDGE JAMES LARSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860