**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN QUINONEZ, on behalf of himself and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>EMPIRE TODAY, LLC, CA WEST FLOORING, INC., and DOES 1–10,<br><br>            Defendants.<br>                                                                     / | No. C 10-02049 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties' stipulated request to continue the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 1, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE