Michael J. Sexton, State Bar No. 153435
michael.sexton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7928
Facsimile:   714-754-1298

Attorney for Defendant Empire Today, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN QUINONEZ, on behalf of himself and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EMPIRE TODAY, LLC, CA WEST FLOORING INC., and DOES 1-10,<br><br>    Defendants. | Case No. 3:10-cv-02049-WHA<br><br>[Assigned to the<br>Hon. William H. Alsup]<br><br>[~~PROPOSED~~] **ORDER RE SUBSTITUTION OF COUNSEL**<br><br>Complaint Filed:    April 14, 2010<br>Complaint Removed: May 13, 2010<br>Trial Date: None set |

THE COURT HEREBY ORDERS that the request of Defendant Empire Today, LLC to substitute Michael J. Sexton, Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 695 Town Center Drive, Suite 1500, Costa Mesa, CA  92626, as attorney of record in place and stead of Payne & Fears, LLP is hereby granted.

Dated: September 16, 2010.

By: _____
HONORABLE WILLIAM H. ALSUP
U.S. District Judge

QUINONEZ
Proposed Order re

Case No. 3:10-cv-02049-WHA

[~~PROPOSED~~] ORDER RE SUBSTITUTION OF COUNSEL