(

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | GERMAN QUIÑONEZ, on behalf of himself and on behalf of others similarly situated,

Case No. 3:10-cv-02049-WHA

12

~~[PROPOSED]~~ **ORDER CONTINUING THE DECEMBER 28, 2010 SETTLEMENT CONFERENCE**

13

Plaintiff,

14

v.

15 | EMPIRE TODAY, LLC, CA WEST FLOORING INC., and DOES 1-10,

Complaint Filed:  April 14, 2010
Case Removed:   May 13, 2010
Judge:        Hon. William Alsup

16

Defendants.

17
18
19

GOOD CAUSE APPEARING THEREFORE, the December 28, 2010 settlement

20 conference is ~~HEREBY ORDERED off calendar~~. Continued to March

21 24, 2011 at 9 am

22 DATED: December 16, 2010

HON. BERNARD ZIMMERMAN

23
24
25
26
27
28

9573929.1 (OGLETREE)